UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

JOSEPH E. BLACKBURN, JR. and )
LINDA C. BLACKBURN, *and all* )
*similarly situated individuals* )
          Plaintiffs, )
 )
v. ) **JUDGMENT**
 )
 ) No. 2:20-CV-27-FL
DARE COUNTY, TOWN OF NAGS )
HEAD, TOWN OF DUCK, TOWN OF )
KILL DEVIL HILLS, TOWN OF MANTEO )
TOWN OF KITTY HAWK and TOWN )
OF SOUTHERN SHORES )
          Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 15, 2020, and for the reasons set forth more specifically therein, defendant County's motion to dismiss for failure to state a claim is GRANTED. Defendant Towns' motion to dismiss for lack of subject matter jurisdiction is GRANTED. Plaintiffs' claims are dismissed.

**This Judgment Filed and Entered on September 15, 2020, and Copies To:**
Lloyd C. Smith, Jr. / Stuart W. Yeoman / Corey A. Finn / Lloyd C. Smith, III (via CM/ECF Notice of Electronic Filing)
Brian F. Castro / Christopher J. Geis (via CM/ECF Notice of Electronic Filing)
Clay Allen Collier / Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)

September 15, 2020          PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk